US MAGISTRATE JUDGE CHERYL L. POLLAK      DATE: 6/27/12

TIME SPENT: _____

DOCKET NO. 12 CV 0859

CASE: Ajrshafi v. City

- ___ INITIAL CONFERENCE
- ___ DISCOVERY CONFERENCE
- ✓ SETTLEMENT CONFERENCE
- ___ MOTION HEARING
- ___ OTHER/STATUS CONFERENCE
- ___ FINAL/PRETRIAL CONFERENCE
- ___ TELEPHONE CONFERENCE
- ___ ORAL ARGUMENT

**MANDATORY DISCLOSURE :**

___ COMPLETED      ___ DATE TO BE COMPLETED BY

**FOR PLAINTIFF:** _____

**FOR DEFENDANT:** _____

___ DISCOVERY TO BE COMPLETED BY _____

___ NEXT CONFERENCE SCHEDULED FOR _____

___ DUNTON ISSUE ADDRESSED

PL. TO SERVE DEF. BY: _____      DEF. TO SERVE PL. BY: _____

**RULINGS:** Settlement reached

Parties to file stip of discontinuance within 60 days